**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


In Re:   William D. Thompson, Jr.   )   Chapter 13
                                     )
         Debtor                      )   No. 16-14962-ELF
                                     )
                                     )


**CERTIFICATION OF NO RESPONSE**


I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


                              /s/David M. Offen
                              David M. Offen
                              Attorney for Debtor