United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14962-elf
William D. Thompson, Jr.                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Mar 29, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db              +William D. Thompson, Jr.,    2111 S. 58th Street,   Philadelphia, PA 19143-5907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor William D. Thompson, Jr. dmo160west@gmail.com,
          davidoffenecf@gmail.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
          bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   William D. Thompson, Jr.        )   Chapter 13
                                         )
                 Debtor                  )   16-14962-ELF
                                         )
                                         )


ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application
for Approval of Counsel Fees submitted by David M. Offen,
Attorney for the Debtor, and upon notice and certification of
no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and
the balance in the amount of $3,000.00 shall be paid by the
Chapter 13 Trustee to the extent provided for by the terms of
the confirmed plan.

DATED:  3/29/17        _____
                       ERIC L. FRANK
                       CHIEF UNITED STATES BANKRUPTCY JUDGE