IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| William D Thompson | : | No.  16-14962-elf |
| Debtor | | |

O R D E R

AND NOW, this 16th day of April, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

William D Thompson

Payroll Controller
Resources for Human Development
4700 Wissahickon Avenue
Philadelphia, PA 19144