United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William D. Thompson, Jr.  
    Debtor

Case No. 16-14962-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: DonnaR　　Page 1 of 1　　Date Rcvd: Apr 16, 2018  
　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.  
db　　　　+William D. Thompson, Jr.,　　2111 S. 58th Street,　　Philadelphia, PA 19143-5907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:  
　　　DAVID M. OFFEN　　on behalf of Debtor William D. Thompson, Jr. dmo160west@gmail.com, davidoffenecf@gmail.com  
　　　DENISE ELIZABETH CARLON　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
　　　LEON P. HALLER　　on behalf of Creditor　Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
　　　LEON P. HALLER　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
　　　REBECCA ANN SOLARZ　　on behalf of Creditor　U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE                  :    CHAPTER 13
                           :
    William D Thompson     :    No.   16-14962-elf
        Debtor
```

## O R D E R

AND NOW, this 16th day of April, 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L FRANK
UNITED STATES BANKRUPTCY JUDGE


cc:

William C Miller, Trustee

David M. Offen, Esquire

William D Thompson

Payroll Controller
Resources for Human Development
4700 Wissahickon Avenue
Philadelphia, PA 19144