**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM D. THOMPSON, JR.                                        Chapter 13

                              Debtor              Bankruptcy No. 16-14962-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

**Date: June 18, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
WILLIAM D. THOMPSON, JR.

2111 S. 58TH STREET

PHILADELPHIA, PA 19143