```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-14962-elf
William D. Thompson, Jr.                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa                Page 1 of 2             Date Rcvd: Jun 18, 2019
                              Form ID: pdf900           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db             +William D. Thompson, Jr.,    2111 S. 58th Street,    Philadelphia, PA 19143-5907
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13759247       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13759248       #+Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13759249       +Centrl Fincl,    Po Box 66044,    Anaheim, CA 92816-6044
13832223        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13759251       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13826800       +Pennsylvania Housing Finance Agency,    Denise Carlon, Esquire,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13759253       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13759254       +U.S. Bank National Association,    211 North Front Street,    P.O. Box 15057,
                 Harrisburg, PA 17105-5057
13825418       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13841221        Water Revenue Bureau,    Law Department - Tax Unit,    Municipal Services Building,
                 1401 JKF Blvd.,    Room 580,    Phila., PA 19102-1595
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:54:50     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2019 02:55:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13759246       +E-mail/Text: bankruptcy@acacceptance.com Jun 19 2019 02:54:55     American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
13833027        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2019 02:55:58
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13759250        E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:11     City of Philadelphia,
                 Department of Revenue,    P.O. Box 966,    Philadelphia, PA 19105-0966
14054516        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2019 02:55:00     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
13816749       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 19 2019 02:54:40     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13759252       +E-mail/Text: blegal@phfa.org Jun 19 2019 02:54:57     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13759255        E-mail/Text: megan.harper@phila.gov Jun 19 2019 02:55:11     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Lisa              Page 2 of 2                   Date Rcvd: Jun 18, 2019
                              Form ID: pdf900         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor William D. Thompson, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WILLIAM D. THOMPSON, JR.                    Chapter 13

          Debtor            Bankruptcy No. 16-14962-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 18, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
WILLIAM D. THOMPSON, JR.

2111 S. 58TH STREET

PHILADELPHIA, PA 19143